No. 4560.—Montañez, apldo., v. Muñoz et al., apltes.— C. D. San Juan. Junio 5, 1928. Apareciendo que la parte apelante dejó vencer las prórrogas que se le habían concedido para la preparación de la transcripción de la evidencia a los

efectos de la apclación que interpuso y que no expone causas bastantes para que esta Corte Suprema ejercite por segunda vez su poder discrecional concediéndole un nuevo término, se declara con lugar la moción de la parte apelada y en su consecuencia se desestima el recurso.